IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-30532

---

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

CURTIS ALAN WHARTON;
JUDY HELEN TAYLOR NIPPER,

Defendants-Appellees.

---

Appeal from the United States District Court
For the Western District of Louisiana

---

(00-CR-50066-2)
June 6, 2001

Before HIGGINBOTHAM, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Finding no abuse of discretion, we affirm.

AFFIRMED.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.